IN THE UNITED STATES COURT OF APPEAL
FOR THE FOURTH CIRCUIT
DOCKET NO. 17-4122

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) ) | **MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND APPENDIX** |
| v. | ) ) ) | |
| **MAMOUN HASAH WSHAH**<br>    **Defendant** | ) ) | |

NOW COMES Mamoun Hasah Wshah, through counsel and pursuant to Local Rule 31(c), who moves this Honorable Court to enter an order allowing him thirty additional days to file the brief and appendix in this matter. In support of the motion, Defendant shows the following.

On 24 April 2017, this Court ordered the Appellant to file his opening brief and the appendix by 30 May 2017. Undersigned counsel is selecting a jury in a capital murder case and expects that process to conclude in early June. As a result, counsel will be unable to dedicate sufficient time to Mr. Wshah's case to ensure constitutionally adequate appellate representation.

Pursuant to Local Rule 27(a), undersigned counsel contacted AUSA Jennifer May-Parker, who does not oppose the motion for extension of time.

WHEREFORE, Appellant Mamoun Hasah Wshah moves this Honorable Court to enter an order allowing thirty additional days to file the brief and appendix.

This is the 18th day May, 2017.

Parry Tyndall White

/s/Amos G. Tyndall
Amos Granger Tyndall
Attorney for Appellant
100 Europa Drive, Suite 401
Chapel Hill, N.C. 27517
(919) 967-0504
atyndall@ptwfirm.com
State Bar #19309

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion for Extension of Time to File Brief and Appendix on the following it electronically with the Court.

Jennifer P. May-Parker
Assistant United States Attorney
Jennifer.may-parker@usdoj.gov

This is the 18th day of May, 2017.

/s/Amos G. Tyndall
Amos Granger Tyndall
100 Europa Drive, Suite 401
Chapel Hill, N.C. 27517
(919) 967-0504
atyndall@ptwfirm.com
State Bar #19309